FILED
CLERK, U.S. DISTRICT COURT
FEB 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN REYES, | Case No. EDCV 07-0840-JSL (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| DEBRA DEXTER, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: Feb. 25, 2008

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY